CRISTINA L. TALLEY, CITY ATTORNEY
MOSES W. JOHNSON, IV, ASSISTANT CITY ATTORNEY
STATE BAR NO. 118769
200 South Anaheim Boulevard, Suite 356
Anaheim, California 92805
(714) 765-5169
(714) 765-5123 FAX
mjohnson@anaheim.net

Attorneys for Defendant
CITY OF ANAHEIM

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL GONZALEZ, individually, and as Successor in Interest to ADOLPH SANCHEZ GONZALEZ, deceased, and on behalf of the ESTATE OF ADOLPH SANCHEZ GONZALEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ANAHEIM, and DOES 1 through 20, inclusive<br><br>Defendants. | CASE NO. CV10-4660 PA (SHx)<br><br>STIPULATION FOR PROTECTIVE ORDER RE: CONFIDENTIAL INFORMATION; [PROPOSED] ORDER<br><br>SCHEDULING CONF.<br>DATE: December 20, 2010<br>TIME: 10:30 a.m.<br>CTRM: 15 |

The parties, Plaintiff RAFAEL GONZALEZ, and Defendant CITY OF ANAHEIM ("City") through their respective attorneys of record, agree that the following protective order be issued in this matter pursuant to Rule 26(c)(7) of the Federal Rules of Civil Procedure.

1. This Protective Order applies to and governs the use of law enforcement investigative reports and records concerning the shooting of Adolph Sanchez Gonzalez which are being produced to Plaintiff by the City. This Order shall also apply to and govern any other investigative or law enforcement reports or records subsequently produced to Plaintiff by the City concerning the shooting of Adolph Sanchez Gonzalez or its aftermath (hereinafter referred to as "Confidential Information"), including but not limited to, reports or memoranda prepared by the Anaheim Police Department or the Orange County District Attorney's Office.

The term Confidential Information shall mean and include the documents listed above, any and all portions thereof, and all documents of whatever kind containing information set forth in or obtained from these documents.

2. Plaintiff's counsel shall use the Confidential Information solely for the purposes of this litigation, and shall not disclose any portion of the Confidential Information to any other person, firm or corporation except:

    a. Bona fide employees of counsel's law offices, and then only to the extent necessary to enable said persons to assist in litigation of this action;

    b. Plaintiff, to the extent deemed necessary by

1 counsel for the prosecution of this litigation;

2     c. Expert witnesses employed by the parties to this action;

4     d. Consultants retained by the parties to this action; or

6     e. The Court.

7   3. All persons described in paragraph 2 (a) through (d) above shall not disclose any portion of said Confidential Information and shall not use any information obtained therefrom except in conformance with this Protective Order and for purposes of this litigation. Any party who discloses Confidential Information to any person described in paragraph 2 (a) through (d) shall advise such person that said matters constitute Confidential Information which may be used only for the litigation of this action, and shall, prior to disclosure of the Confidential Information, have such person execute a written Understanding and Agreement to be bound by this Stipulation for Protective Order in the form attached hereto as Exhibit 1.

19   4. Any deposition testimony that encompasses or concerns Confidential Information shall be transcribed in a separate booklet that is marked on its cover "Confidential: Do not Disclose by Court Order." In addition, any documents containing Confidential Information that are submitted to the Court shall be filed or lodged in a sealed envelope marked "Confidential: Subject to Protective Order." *Parties shall comply with Local Rule 79-5*

26   5. The attorneys for Plaintiff are directed to retain all copies of documents, notes, or summaries containing Confidential Information in their custody, possession and control and to take

1  the necessary precautions to prevent persons not authorized as
2  provided above from obtaining access to any such Confidential
3  Information.
4      6. Production of the Confidential Information protected by
5  this Stipulated Agreement and Order shall not constitute a
6  waiver of any privileged or confidentiality or privacy right.
7  The parties retain the right to assert all substantive
8  objections to the Confidential Information, including but not
9  limited to, relevancy, hearsay, privacy, privilege, and Rule 403
10 of the Federal Rules of Evidence.
11     7. At the conclusion of this action, all documents
12 containing Confidential Information, all copies and extracts
13 thereof, with the exception of those documents affected by the
14 attorney work-product doctrine or attorney-client privilege,
15 shall be returned to counsel for the City. As to those
16 documents protected by the attorney work-product doctrine or
17 attorney-client privilege, Plaintiff and his counsel agree that
18 any and all such documents shall either be redacted and returned
19 to the City or shall be destroyed.
20     IT IS SO STIPULATED.
21 DATED: November 18, 2010        CRISTINA L. TALLEY, CITY ATTORNEY
22
23                                 BY _____
                                      MOSES W. JOHNSON, IV
24                                    Assistant City Attorney
                                      Attorneys for Defendant
25                                    CITY OF ANAHEIM
26 Dated: November ___, 2010        LAW OFFICES OF GARY S. BENNETT
27                                 By: *see attached*
                                      GARY S. BENNETT
28                                    Attorney for Plaintiff
                                      RAFAEL GONZALEZ

1 the necessary precautions to prevent persons not authorized as
2 provided above from obtaining access to any such Confidential
3 Information.

4     6. Production of the Confidential Information protected by
5 this Stipulated Agreement and Order shall not constitute a
6 waiver of any privileged or confidentiality or privacy right.
7 The parties retain the right to assert all substantive
8 objections to the Confidential Information, including but not
9 limited to, relevancy, hearsay, privacy, privilege, and Rule 403
10 of the Federal Rules of Evidence.

11     7. At the conclusion of this action, all documents
12 containing Confidential Information, all copies and extracts
13 thereof, with the exception of those documents affected by the
14 attorney work-product doctrine or attorney-client privilege,
15 shall be returned to counsel for the City. As to those
16 documents protected by the attorney work-product doctrine or
17 attorney-client privilege, Plaintiff and his counsel agree that
18 any and all such documents shall either be redacted and returned
19 to the City or shall be destroyed.

20     IT IS SO STIPULATED.

21 DATED: November 18, 2010     CRISTINA L. TALLEY, CITY ATTORNEY

BY_____
MOSES W. JOHNSON, IV
Assistant City Attorney
Attorneys for Defendant
CITY OF ANAHEIM

Dated: DECEMBER 9, 2010     LAW OFFICES OF GARY S. BENNETT

By:_____
GARY S. BENNETT
Attorney for Plaintiff
RAFAEL GONZALEZ

OFFICE OF THE CITY ATTORNEY
CITY OF ANAHEIM
200 S. ANAHEIM BOULEVARD, SUITE 356
ANAHEIM, CALIFORNIA 92805
(714) 254-5169
FAX (714) 254-5123

1            **ORDER**

2    IT IS SO ORDERED:

3 DATED: December 16, 2010

                              HON. Stephen J. Hillman
4                               UNITED STATES MAGISTRATE JUDGE

OFFICE OF THE CITY ATTORNEY
CITY OF ANAHEIM
200 S. ANAHEIM BOULEVARD, SUITE 356
ANAHEIM, CALIFORNIA 92805
(714) 254-5169
FAX (714) 254-5123

EXHIBIT 1

UNDERSTANDING AND AGREEMENT PURSUANT

TO PROTECTIVE ORDER

I have read the Stipulation and Protective Order in Rafael Gonzalez et al. v. City of Anaheim et al., Case No. CV10-4660 PA (SHx), now pending in the United States District Court. I understand the Stipulation and agree to be bound by its terms.

DATED: _____, 2010

_____
SIGNATURE

_____
PRINT NAME

_____
ADDRESS

_____
CITY, STATE, ZIP

OFFICE OF THE CITY ATTORNEY
CITY OF ANAHEIM
200 S. ANAHEIM BOULEVARD, SUITE 356
ANAHEIM, CALIFORNIA 92805
(714) 254-5169
FAX (714) 254-5123